RECEIVED
IN LAKE CHARLES, LA

APR 29 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20137-002 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| CHRISTINA JOHNSON | : | MAGISTRATE JUDGE KAY |

### MEMORANDUM ORDER

This matter was remanded by the Fifth Circuit for this court to determine if the defendant's filing of her untimely notice of appeal, filed within the thirty-day period following judgment, was due to excusable neglect. This court issued an order on March 22, 2011, which ordered the defendant to file a sworn statement or affidavit advising the court of the reason that her notice was not filed within fourteen (14) days of the judgment being appealed. Johnson was to file the statement or affidavit within twenty (20) days of the March 22 order. No timely response has been filed. The response should have been filed no later that April 11, 2011. No response has been filed as of this date. Accordingly,

IT IS ORDERED that the defendant's appeal is DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this 29 day of April, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE